FIORE LATINI, Appellant, v. PAUL SCHMIDT, Respondent, et al., Defendants.—

No opinion. Munder, Acting P. J., Martuscello, Shapiro and Brennan, JJ., concur; Benjamin, J., dissents and votes to reverse the judgment with the following memorandum: It is my opinion that the provisions of the Administrative Code of the City of New York are applicable for the protection of a policeman in the performance of his duties and that a question for the jury was created by the failure of defendant Paul Schmidt to comply therewith.

MARVIN LEDER, Respondent, v. SUZANNE LEDER, Appellant.—Order

Hopkins, Acting P. J., Latham, Christ, Brennan and Benjamin, JJ., concur.